**STATE of Missouri, Plaintiff/Respondent,**

v.

**Fred SILVER, Defendant/Appellant.**

No. ED 100665

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: December 9, 2014

Todd T. Smith, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Timothy J. Forneris, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Fred Silver appeals from the trial court's judgment entered upon a jury verdict convicting him of attempted forcible sodomy, kidnapping, and second-degree child molestation. We have reviewed the briefs of the parties and the record on appeal and conclude the State presented sufficient evidence to support the trial court's judgment. *State v. Jordan*, 181 S.W.3d 588, 592 (Mo.App.E.D.2005). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).